NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOMER J. HOLLAND
and STEVEN BANGERT (Co-Executor of the Estate
of Howard R. Ross),**
*Plaintiffs-Appellees,*

**and**

**FIRST BANK,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2009-5095, -5097

---

Appeals from the United States Court of Federal Claims in 95-CV-524, Judge George W. Miller.

---

**ON MOTION**

---

Before NEWMAN, *Circuit Judge.*

**O R D E R**

The United States moves without opposition for leave to file a sur-reply brief and supplemental appendix. First

Bank moves without opposition for leave to file a reply to the sur-reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**JUN 1 8 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David B. Bergman, Esq.
    Jeanne E. Davidson, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 8 2010

**JAN HORBALY**
**CLERK**